FIRST NATIONAL BANK OF ALBANY, Respondent, *v.* GENERAL CONSTRUCTION COMPANY, Appellant.

*First Nat. Bank of Albany* v. *General Construction Co.*, 180 App. Div. 743, reversed.

(Submitted October 21, 1918; decided November 12, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1918, which affirmed an order of Special Term denying a motion to set aside

the service of the summons and complaint, also motion to dismiss said appeal. Plaintiff attempted to get jurisdiction of defendant, a foreign corporation, by service upon one Aderenti, claiming that he was a managing agent within the state of New York. The affidavits in support of the motion to set aside this service showed that Aderenti never was an officer or agent of the General Construction Company and that his only relations with said corporation were as assignee of the contract existing between the General Construction Company and the state of New York.

The following question was certified: " Upon the facts, was the service of the summons invalid?"

*John C. Wait* and *Howard G. Wilson* for appellant.

*James F. Tracey* for respondent.

Order reversed and motion granted, with costs, and question certified answered in the affirmative on the dissenting opinion of WOODWARD, J., at the Appellate Division. Motion to dismiss appeal denied.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK and McLAUGHLIN, JJ. Not voting: HOGAN, J. Absent: CRANE, J.